*H. Cooper*, for the plaintiff.

May Term, 1850.

THE TRUSTEES OF THE WA- BASH AND ERIE CANAL v. JOHNSON.

---

THE TRUSTEES OF THE WABASH AND ERIE CANAL *v.* JOHNSON.

The defendant petitioned the *Board of Trustees of the Wabash and Erie Canal* to have his damages assessed for injury occasioned by taking his land. The appraisement was made. The defendant appealed to the Circuit Court, and required the board to certify the case to that Court, which they refused to do. A rule was obtained on the board to send up the papers or show cause. They answered that the defendant had no right to appeal. A *mandamus* issued. *Held*, that the Court did right in granting the *mandamus*.

ERROR to the *Vigo* Circuit Court.

BLACKFORD, J.—*Johnson* petitioned *The Board of Trustees of the Wabash and Erie Canal* to have his damages assessed for injury occasioned by taking his land, &c. In this petition he prayed to have the assessment made *according to the provisions of the statute in such case made and provided.*

The appraisement was made by the appraisers appointed for the purpose.

*Johnson* appealed to the Circuit Court, and required the board to certify the case to that Court, which they refused to do.

*Johnson* obtained a rule from the Circuit Court on the board of trustees to send up the papers or show cause why they refused.

The board answered that *Johnson* had no right to the appeal.

Tuesday, October 22.

May Term,
1850.
_____
SLAUGHTER
v.
THE STATE.

The Court ordered a *mandamus* to issue.

This is an appeal from the judgment granting a *man-damus*.

We think the Court did right in granting the *mandamus*. See Acts of 1836 in the Revised Statutes of 1838, p. 343, s. 17.—Acts of 1846, p. 7, s. 8.

*Per Curiam.*—The judgment is affirmed with costs.

*W. D. Griswold* and *S. B. Gookins*, for the plaintiffs.

*J. P. Usher*, for the defendant.